# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SAMUEL STICKELL, | § § | |
| Plaintiff, | § § | Case No. 2:18-cv-00350-JRG-RSP |
| v. | § § | |
| TIM ABLES TRUCKING COMPANY, LLC, | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the Joint Motion for Additional Time to Submit Dismissal Papers, filed by the Parties. The Court, having considered the Joint Motion, finds that the Joint Motion is well taken and that it should be GRANTED. IT IS THEREFORE ORDERED that the Parties shall fie dismissal papers by April 29, 2019. If the parties do not comply with this deadline , the Court ORDERS the parties to appear and show cause on May 2, 2019 at 10:00 AM.

SIGNED this 1st day of April, 2019.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE