# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SAMUEL STICKELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:18-cv-00350-JRG-RSP |
| v. | § | |
| | § | |
| TIM ABLES TRUCKING | § | |
| COMPANY, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Parties' Joint Motion for Leave to File Confidential Settlement Agreement Under Seal. (Dkt. No. 22.) After consideration, the Court **GRANTS** the Parties' Joint Motion. **IT IS THEREFORE ORDERED** that the Confidential Settlement Agreement (Dkt. No. 23) shall be filed under seal.

Further before the Court is the Parties' Joint Motion for Confidential Approval of Collective Action Settlement Agreement and Dismissal with Prejudice. (Dkt. No. 24.) After consideration of the Joint Motion for Confidential Approval (Dkt. No. 24) and the Confidential Settlement Agreement, the Court **APPROVES** the parties' Confidential Settlement Agreement and therefore **GRANTS** this Motion. **IT IS THEREFORE ORDERED** that all claims in this action are **DISMISSED WITH PREJUDICE**, and the clerk is directed to close the case.

**So ORDERED and SIGNED this 2nd day of May, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE